Matthew M. Durham (#6214)
*mmdurham@stoel.com*
Jose A. Abarca (#12762)
*jaabarca@stoel.com*
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  (801) 328-3131

Attorneys for Farmers Insurance Exchange

**IN THE UNITED STATES DISTRICT COURT IN AND FOR**

**THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| APRIL REX,<br><br>           Plaintiff,<br><br>     v.<br><br>FARMERS INSURANCE EXCHANGE,<br><br>           Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Civil No. 2:15-cv-00380<br><br>The Honorable Dee Benson |

This matter comes before the Court on the Stipulated Motion to Dismiss with Prejudice ("Stipulated Motion") filed by Defendant Farmers Insurance Exchange and Plaintiff April Rex. The Court, having considered the Stipulated Motion, being duly advised in the premises and, good cause appearing, HEREBY ORDERS, ADJUDGES, and DECREES that:

The above-captioned litigation (including all claims and all related defenses) is hereby dismissed with prejudice in its entirety.  Each party shall bear its and/or their own costs and attorneys' fees.

2

IT IS SO ORDERED

DATED this 27th day of April, 2017.

BY THE COURT:

_[signature: Dee Benson]_

The Honorable Dee Benson
United States District Court Judge